UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CLASS and COLLECTIVE ACTION

Case No. 25-cv-20924

GWENDOLYN A. DIXON, STACIE
ALEXANDER, and TASIA PRICE, individually,
and on behalf of the class and all others similarly
situated,

    Plaintiffs,
v.

INKTEL CONTACT CENTER SOLUTIONS, LLC,

    Defendant.
_____/

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO
PLAINTIFF'S SECOND AMENDED COMPLAINT**

Defendant, Inktel Contact Center Solutions, LLC ("Inktel"), pursuant to Fed. R. Civ. P. 6(b) and S.D. Fla. L.R. 7.1(a)(1)(J), files this Unopposed Motion for Enlargement of Time to Respond to Plaintiffs' Second Amended Complaint (the "Motion"), and in support states as follows:

1. On January 22, 2026, this Court entered a paperless order granting Plaintiffs' Unopposed Motion for Extension of Time to file their Second Amended Complaint setting the deadline for it to be filed on or before February 11, 2026. [D.E. 65].

2. On February 2, 2026, the parties switched mediators and jointly selected Lance Harke to be the mediator for the in-person March 2, 2026, mediation. [D.E. 66].

3. On February 6, 2026, this Court entered a paperless order confirming the mediator, date, time, and location of the mediation. [D.E. 67].

4. On February 11, 2026, Plaintiffs filed their Second Amended Complaint. [D.E. 68].

5. The parties have been working diligently and cooperatively in preparing for their in-person mediation. The parties have agreed to exchange preliminary numbers and documents to make the mediation process as efficient as possible. The exchange of those preliminary numbers and documents is set to occur in the next 5-7 days, or less.

6. With the amount of energy and time being spent heading into mediation, Inktel would like to continue to pour its time and resources into mediation.

7. In the event the parties are unable to come to a resolution, Inktel requests an extension up and through March 23, 2026 (21 days from the date of mediation) to file a response to the Second Amended Complaint.

8. This case is not currently on a trial calendar.

9. Counsel for Inktel certifies that the relief requested herein is sought in good faith and not for the purpose of delay or any other dilatory purpose.

## **CERTIFICATE OF COMPLIANCE WITH RULE 7.1(a)(3)**

I hereby certify that counsel for Inktel has met and conferred with counsel for Plaintiffs, and counsel for Plaintiffs does not oppose the filing of this Motion or the relief requested herein.

**WHEREFORE**, the Defendant, respectfully requests that this Court grant this Motion and enter an Order providing Defendant an enlargement of time up and through March 23, 2026, in which to file a response to Plaintiffs' Second Amended Complaint.

**KOPELOWITZ OSTROW**
**FERGUSON WEISELBERG GILBERT**
One W. Las Olas Blvd., Suite 500
Fort Lauderdale, Florida 33301
Telephone No. (954) 525-4100
Facsimile No. (954) 525-4300

*Attorneys for Defendant*

By: */s/ Seth D. Haimovitch*
DAVID L. FERGUSON
Florida Bar Number: 0981737
Ferguson@kolawyers.com
SETH D. HAIMOVITCH
Florida Bar Number: 0085939
Haimovitch@kolawyers.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been served via email via the CM/ECF system to all counsel of record on this 17th day of February, 2026.

By: */s/ Seth D. Haimovitch*
SETH D. HAIMOVITCH
Florida Bar Number: 0085939
Haimovitch@kolawyers.com