UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-20924-CIV-SINGHAL

GWENDOLYN A. DIXON, *et al.*,
individually and on behalf of all
others similarly situated,

     Plaintiffs,

v.

INKTEL CONTRACT CENTER SOLUTIONS,

     Defendant.

_____/

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** is before the Court on the joint Stipulation of Dismissal with Prejudice (DE [74]) filed by the parties.  Having reviewed the joint Stipulation and the docket, it is hereby

**ORDERED AND ADJUDGED** that the named Plaintiffs' claims are **DISMISSED WITH PREJUDICE**, with each party to bear its own attorney fees and costs.  The Clerk of Court is directed to **CLOSE** this case, **CANCEL** all hearings and deadlines, and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 7th day of April 2026.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies to counsel of record via CM/ECF